UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-

OCT 1 2 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** (Two Counts) |
| v. | ) | Cause Number: 3:22 CR 71 -RLM |
| JEFFREY SREDL | ) | 26 U.S.C. § 5861(d) |

**THE GRAND JURY CHARGES:**

## COUNT 1

In or around June of 2022, in the Northern District of Indiana,

**JEFFREY SREDL,**

defendant herein, knowingly possessed a firearm, namely a pipe/slam fire device, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## THE GRAND JURY FURTHER CHARGES:

## COUNT 2

In or around September of 2022, in the Northern District of Indiana,

**JEFFREY SREDL**,

defendant herein, knowingly possessed a firearm, namely a pipe/slam fire device, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

# FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One and Two of the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 26, United States Code, Section 5872.

2. Upon conviction of an offense in violation of Title 26, United States Code, Section 5861(d) alleged in Count One or Two of the Indictment, the defendant, **JEFFREY SREDL**, shall forfeit to the United States of America pursuant to Title 26, United States Code, Section 5872, any and all firearms involved in the commission of the offense.

Dated: October 12, 2022

A TRUE BILL:

/s/ Grand Jury Foreperson
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   /s/ Frank E. Schaffer
Frank E. Schaffer
Assistant United States Attorney

3