UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:22-CR-00071 RLM |
| | ) | |
| JEFFREY SREDL | ) | |

**UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Jerome W. McKeever, Assistant United States Attorney, and files this Notice of Supplemental Authority.

1. Pending before the Court is Sredl's motion to dismiss the indictment alleging violations of the National Firearms Act 26 U.S.C. § 5861(d) under *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022), DE 36. The government filed a response, DE 37. Oral argument is scheduled for March 15.

2. On March 2, 2023, the United States District Court in the Western District of North Carolina ruled on the same issue. In *United States v. Saleem*, 2023 WL 2334417 (W.D.N.C. Mar. 2, 2023), the court held that the Second Amendment's plain text does not protect the possession of short-

barreled shotguns and silencers, so the NFA's regulations did not violate the defendant's constitutional rights. *Id.* at *12. The order is attached as Ex. 1.

3. On January 17, 2023, a court in the Southern District of California likewise held that the NFA did not violate the Second Amendment. In *United States v. Serrano*, 2023 WL 2297447 S.D. Cal. Jan. 17, 2023), the court held that the NFA merely restricts one manner in which individuals may keep and carry firearms without foreclosing the use of common self-defense weapons for most people. *Id.* at *3-4, citing *United States v. Holton*, 2022 WL 16701935, at *4 (N.D. Tex. Nov. 3, 2022) (holding that 18 U.S.C. § 922(k) does not unconstitutionally infringe on an individual's right to possess a firearm). The *Serrano* order is attached as Ex 2.

WHEREFORE, the government provides notice to the Court of this relevant supplemental authority.

    Respectfully submitted,

    CLIFFORD D. JOHNSON
    UNITED STATES ATTORNEY

By:   *s/ Jerome W. McKeever*
    Jerome W. McKeever
    Assistant United States Attorney
    Robert A. Grant Federal Building
    204 S. Main Street Room M-01
    South Bend, IN 46601
    Phone: (574) 236-8287
    Email: jerome.mckeever@usdoj.gov