FILED

2023 MAR -8 PM 3:25

U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **SUPERSEDING INDICTMENT** (Four Counts) |
| v. | ) | Case No.: 3:22-cr-00071-RLM |
| JEFFREY SREDL | ) | 26 U.S.C. § 5861(d) |

**THE GRAND JURY CHARGES:**

## COUNT 1

In or about June of 2022, in the Northern District of Indiana,

**JEFFREY SREDL,**

defendant herein, knowingly possessed a firearm, namely a .22 caliber pipe/slam fire device that qualifies as "any other weapon" as defined in 26 U.S.C. § 5845(e), not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

In or about June of 2022, in the Northern District of Indiana,

**JEFFREY SREDL,**

defendant herein, knowingly possessed a firearm, namely a 12 gauge pipe/slam fire device approximately 14½ inches in length that qualifies as a "destructive device" as defined in 26 U.S.C. § 5845(f), not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

In or about June of 2022, in the Northern District of Indiana,

**JEFFREY SREDL,**

defendant herein, knowingly possessed a firearm, namely a 12 gauge pipe/slam fire device approximately 18¼ inches in length that qualifies as a "destructive "device" as defined in 26 U.S.C. § 5845(f), not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## THE GRAND JURY FURTHER CHARGES:

## COUNT 4

In or around September of 2022, in the Northern District of Indiana,

**JEFFREY SREDL**,

defendant herein, knowingly possessed a firearm, namely a 12 gauge pipe/slam fire device that qualifies as a "destructive device" as defined in 26 U.S.C. § 5845(f), not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATIONS

1.     The allegations contained in Counts 1 – 4 of the Superseding Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 26, United States Code, Section 5872.

2.     Upon conviction of an offense in violation of Title 26, United States Code, Section 5861(d), alleged in Counts 1 – 4 of the Superseding Indictment, the defendant, **JEFFREY SREDL**, shall forfeit to the United States of America pursuant to Title 26, United States Code, Section 5872, any and all firearms involved in the commission of the offense.

Dated:  March 8, 2023

A TRUE BILL:

_/s/ Foreperson_<br>Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   _/s/ Jerome W. McKeever_
      Jerome W. McKeever
      Assistant United States Attorney