UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:22-CR-00071 RLM |
| | ) | |
| JEFFREY SREDL | ) | |

**UNITED STATES' SECOND NOTICE
OF SUPPLEMENTAL AUTHORITY**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Jerome W. McKeever, Assistant United States Attorney, and files this Second Notice of Supplemental Authority.

1. Pending before the Court is Sredl's motion to dismiss the indictment alleging violations of the National Firearms Act 26 U.S.C. § 5861(d) under *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022), DE 36. Oral argument is scheduled for April 13.

2. On March 20, 2023, Judge DeGuilio held that 18 U.S.C. § 922(a)(6) does not implicate conduct protected by the Second Amendment in *United States v. Valentine*, case 20-cr-00117-JD, DE 84. The order is attached as Ex. 1.

WHEREFORE, the government provides notice to the Court of this relevant supplemental authority in anticipation of oral argument.

                    Respectfully submitted,

                    CLIFFORD D. JOHNSON
                    UNITED STATES ATTORNEY

By:   *s/ Jerome W. McKeever*
       Jerome W. McKeever
       Assistant United States Attorney
       Robert A. Grant Federal Building
       204 S. Main Street Room M-01
       South Bend, IN 46601
       Phone: (574) 236-8287
       Email: jerome.mckeever@usdoj.gov